**FILED**
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA     '08 MJ 8017

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>    v.<br>Abel AYALA-Trasvina,<br>          Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about January 11, 2008, within the Southern District of California, defendant Abel AYALA-Trasvina did knowingly and intentionally import approximately 21.04 kilograms (46.28 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//
//
//

## COUNT TWO

That on or about January 11, 2008, within the Southern District of California, defendant Abel AYALA-Trasvina did knowingly and intentionally import approximately 19.64 kilograms (43.20 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT THREE

That on or about January 11, 2008, within the Southern District of California, defendant Abel AYALA-Trasvina did knowingly and intentionally import approximately 8.12 kilograms (17.86 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

RAFAEL SILVA
Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 14TH DAY OF JANUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Rafael Silva, declare under penalty of perjury, the following is true and correct:

On January 11, 2008, at approximately 1133 hours, Abel AYALA-Trasvina, a citizen and national of Mexico, entered the United States from Mexico at the Calexico, California West Port of Entry. AYALA was the driver, and sole occupant of a 2005 Ford Lobo, bearing Sonora, Mexico license plates US60262. Customs and Border Protection (CBP) Officers discovered sixty-three (63) packages weighing 21.04 kilograms (46.28 pounds) of Heroin, 19.64 kilograms (43.28 pounds) of Methamphetamine, and 8.12 kilograms (17.84 pounds) of cocaine concealed inside a non-factory compartment in the bed of the truck. One of the packages was probed producing brown tar substance, which field-tested positive for heroin, another produced a clear crystal like substance which field tested positive for methamphetamine and another package produced a white powdery substance which field tested positive for cocaine.

AYALA was arrested in violation of Title 21 United States Code Section 952 and 960, Importation of a Controlled Substance. AYALA was processed and transported into the Imperial County Jail to await his initial appearance before a United States Magistrate Judge.

Executed on January 11, 2007 (date) at 1811 (hours).

Rafael Silva
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 1-11-08 in violation of Title 21, United States Code, Section(s) 952, 960.

United States Magistrate Judge

1-12-08 @ 12:30pm
Date/Time